ADAM GORDON
United States Attorney
Francisco A. Nagel
Assistant U.S. Attorney
Illinois Bar No. 6321196
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-6745
Francisco.Nagel@usdoj.gov
Attorneys for the United States

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 25-CR-1502-JES |
| Plaintiff, | **JOINT MOTION FOR A SUPPLEMENTAL PROTECTIVE ORDER REGARDING DISCOVERY** |
| v. | |
| FARLIS ALMONTE (1), JOSE LUIS BATIZ (4) | |
| Defendants. | |

Plaintiff, United States of America, by and through its counsel, Francisco Nagel, Assistant United States Attorney, and defendant Farlis Almonte, by and through his counsel, Alana Lee McMains, and defendant Jose Luis Batiz, by and through his counsel, Armando Galvan, Jr., hereby stipulate to a protective order regarding discovery produced in the above-referenced case as follows:

1. Certain discovery produced in the above-referenced case and labeled "Sensitive" or "Attorney's Eyes Only" (collectively, the "Discovery") contains sensitive law enforcement and third-party information that, if further disseminated, may jeopardize the ability of law enforcement to effectively investigate crimes and the safety of third-party witnesses.

2. The Discovery is for use of defense counsel, any investigators, interpreters, experts, paralegals, legal assistants, contract or associate attorneys, or law clerks assisting counsel in this case (the "Defense"). The Defense may review the Discovery marked "Sensitive" with the defendant only in the presence of a member of the Defense and may not provide a copy of the Discovery to, or leave a copy of the Discovery with, the defendant. The Defense may not review, leave a copy, or provide a copy of the Discovery marked "Attorneys' Eyes Only" with the defendant.

3. The Discovery is provided for purposes of investigating, preparing for litigation and trial, litigation and trial, sentencing, and any appeals of this matter, and for no other purpose. Therefore, the parties further agree that the Discovery produced by the United States may not be copied or further disseminated in any way to any other person or entity who is not part of a Defense.

4. The Defense Team agrees to take all reasonable steps to: (a) maintain the confidentiality of the Discovery; (b) ensure that the defendant does not obtain a copy of the Discovery, except as provided above; (c) ensure that the Discovery is used for no other purposes other than those expressly stated above; and (d) safeguard the Discovery produced in this case from inadvertent disclosure or review by any third party.

5. The Defense shall return to the United States or destroy any and all copies of the Discovery within 90 days of the conclusion of the proceedings in this case, including any appeal.

6. The parties further acknowledge and agree to abide by General Order No. 514 of the United States District Court for the Southern District of California, which, among other things, requires that any filings referencing or containing an individual's personal information must be redacted in a manner consistent with said General Order.

7. The parties agree that any court filings containing any part of the Discovery shall be filed under seal, or redacted in accordance with Local Criminal Rule 49.1-1.

8. The parties stipulate that the Court may enter the corresponding proposed order that will be submitted separately to the Court.

9. The parties stipulate that the Court may enter a protective order memorializing the terms of this Stipulation, to be submitted separately to the Court by counsel for the United States, and previously reviewed and agreed to by counsel for the defendant.

IT IS SO STIPULATED.

DATED: December 31, 2025

/s/ Francisco A. Nagel
Francisco A. Nagel
Assistant United States Attorney

DATED: December 31, 2025

/s/ Alana Lee McMains
Alana Lee McMains
Attorney for Defendant Farlis Almonte

DATED: December 31, 2025

/s/ Armando Galvan, Jr.
Armando Galvan, Jr.
Attorney for Defendant Jose Luis Batiz